# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| **ETHAN RADVANSKY, on behalf of himself and others similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**1ST CLASS MEDICAL**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:25-cv-03796-PAB<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Kyle Moore, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to 1ST CLASS MEDICAL in Douglas County, CO on November 26, 2025 at 1:19 pm at 15700 Parkerhouse Rd., Unit 300, Parker, CO 80134 by leaving the following documents with Greta Reeves who as Processing Manager is authorized by appointment or by law to receive service of process for 1ST CLASS MEDICAL.

SUMMONS IN A CIVIL ACTION, Class Action Complaint

White Female, est. age 25-34, glasses: N, Blonde hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.550619,-104.7996678
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in    Denver County    ,    CO    on    11/27/2025    .

/s/ *Kyle Moore*
Signature
Kyle Moore
+1 (915) 274-9309

