IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No: 1:25-CV-03796-PAB-STV

ETHAN RADVANSKY,
    Plaintiff,

v.

1ST CLASS MEDICAL,

    Defendant,
_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby files a notice of appearance as counsel for the Defendant, *1st CLASS MEDICAL* ("Defendant"). Undersigned hereby provides its designated email addresses for service of documents as tzeichman@bmulaw.com; csalomon@bmulaw.com; and notice66@bmulaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Florida E-Portal service list on this 17th day of December 2025.

Respectfully submitted,

**BEIGHLEY, MYRICK, UDELL + ZEICHMAN, PA**
*Counsel for Defendant, 1st CLASS MEDICAL*
2385 Executive Center Drive, Suite 300
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509
tzeichman@bmulaw.com
By: /s/ Thomas G. Zeichman
    THOMAS G. ZEICHMAN
    Florida Bar No. 9923