IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No: 1:25-CV-03796-PAB-STV

ETHAN RADVANSKY,
    Plaintiff,

v.

1ST CLASS MEDICAL,

    Defendant,
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Defendant, *1st CLASS MEDICAL* ("Defendant") by and through undersigned counsel, hereby files its Motion for Extension of Time to Respond to the Complaint, and in support states as follows:

1. On November 24, 2025, the Plaintiff filed its complaint.

2. The current deadline to respond to the Complaint is December 17, 2025.

3. Defendant requires additional time to prepare a response to the Complaint and seeks an extension to file same no later than December 31, 2025.

4. **Conferral pursuant to D.C.COLO.LCivR 7.1** – Counsel for Defendant conferred with counsel for Plaintiff on the relief sought and the Plaintiff's counsel stated they do not opposed.

WHEREFORE, Defendant respectfully requests that this Court grant its Motion for Extension of Time to Respond to Plaintiff's Complaint and extend the deadline to December 31, 2025 and grant such other and further relief as the Court deems just.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via CM/ECF on this 17th day of December 2025.

Respectfully submitted,

1

        **BEIGHLEY, MYRICK, UDELL + ZEICHMAN, PA**
*Counsel for Defendant, 1ˢᵗ CLASS MEDICAL*
2385 Executive Center Drive, Suite 300
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509
tzeichman@bmulaw.com
By:   /s/ Thomas G. Zeichman
      THOMAS G. ZEICHMAN
      Florida Bar No. 9923

2