# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| **ETHAN RADVANSKY,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>**1ST CLASS MEDICAL**<br><br>*Defendant.* | Case No. 1:25-cv-03796-PAB-STV |

### JOINT MOTION TO CONDUCT INITIAL SCHEDULING AND PLANNING CONFERENCE VIA ZOOM OR TELEPHONE

Pursuant to this Court's Order Setting a Scheduling Planning Conference, the parties jointly request that they be permitted to appear remotely at the July 27, 2026 conference. As good cause for this request, the parties submit that each lead counsel for the parties are out of state. Furthermore, counsel for the Plaintiff has a prior hearing on January 27 in person in Massachusetts federal court, but would be able to attend the conference if it was conducted telephonically.

APPROVED AS SUBMITTED ON January 5, 2026:

/s/ *Anthony Paronich*
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100

Respectfully submitted,

By: */s/* Thomas G. Zeichman
Beighley, Myrick, Udell, Lynne + Zeichman, P.A.
2385 NW Executive Center Drive, Suite 300 | Boca Raton, FL 33431
Tel 561.549.9036ex 2204
Fax 561.491.5509

2