IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

| | | | |
|---|---|---|---|
| Civil Case No.: | 25-cv-03796-PAB-STV | Date: | January 27, 2026 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| ETHAN RADVANSKY, on behalf of himself and others similarly situated, | Anthony Paronich |
| Plaintiff, | |
| v. | |
| 1ST CLASS MEDICAL, | Thomas Zeichman |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**

**Court in session:**     9:03 a.m.

Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **ten (10)** depositions, absent leave of court.
Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admission.
Deadline for Joinder of Parties/Amendment of Pleadings:  March 27, 2026
Discovery Cut-off:  July 22, 2026
Parties shall designate affirmative experts **on or before June 10, 2026.**
Parties shall designate rebuttal experts **on or before July 13, 2026.**

**ORDERED:**  A Status Conference is set for March 17, 2027 at 9:30 a.m. in Courtroom A402 before Magistrate Judge Scott T. Varholak.

The Court advises counsel to review Chief Judge Brimmer's Practice Standards. The Court also advises counsel to review the Uniform Civil Practice Standards for Magistrate Judges, especially for the manner in which it addresses discovery disputes.

The Scheduling Order is signed and entered.

**Court in recess:** 9:05 a.m.

Hearing concluded.
Total time in court: 00:02

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.