AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ Colorado

Ethan Radvansky

Plaintiff (s),

V.

1st Class Medical

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 25-cv-3796

Notice is hereby given that, subject to approval by the court, __1st Class Medical__ substitutes
(Party (s) Name)

__Gregory C. Brown, Jr.__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Thomas G. Zeichman__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Jackson Lewis P.C.

Address: 666 Third Avenue, 28th Floor, New York, NY 10017

Telephone: (212) 545-4000      Facsimile (212) 972-3213

E-Mail (Optional): Gregory.Brown@jacksonlewis.com

I consent to the above substitution.

Date: 3/3/26

_/s/ Cory Luckner_
(Signature of Party (s))

I consent to being substituted.

Date: _____

_/s/ Thomas Zeichman_
Thomas Zeichman
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 3/4/26

_/s/_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]