AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ Colorado _____

| | |
|---|---|
| Ethan Radvansky<br>Plaintiff(s),<br>V.<br>1st Class Medical<br>Defendant(s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 25-cv-3796 |

Notice is hereby given that, subject to approval by the court, __1st Class Medical__ substitutes
(Party (s) Name)

__Jason A. Selvey__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Thomas G. Zeichman__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Jackson Lewis P.C.
Address: 150 North Michigan Avenue, Suite 2500, Chicago, IL 60601
Telephone: (312) 787-4949      Facsimile (312) 787-4995
E-Mail (Optional): Jason.Selvey@jacksonlewis.com

I consent to the above substitution.

Date: 3/3/26

_Cory [signature]_
(Signature of Party (s))

I consent to being substituted.

Date: _____

_Thomas Zeichman_ [signature]
Thomas Zeichman
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 3/4/2026

_Jason S_ [signature]
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]