IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**Case No: 1:25-CV-03796-PAB-STV**

ETHAN RADVANSKY,
　　　　Plaintiff,

v.

　1ST CLASS MEDICAL,

　　　　Defendant,

_____/
_____

**MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION PURSUANT TO
D.C.COLO.LAttyR 5**
_____

Thomas Zeichman Esq., hereby submits this Motion for Leave to

Withdraw from Representation Pursuant to D.C.COLO. LAttyR 5, and in support

thereof, states as follows.

**[CERTIFICATE OF CONFERRAL NOT NECESSARY PURSUANT TO
D.C.COLO.LCivR 7.1(b)(4)]**

**REQUEST FOR RELIEF**

1. D.C.COLO.LAttyR 5 permits an attorney to withdraw, with approval of the Court.

D.C.COLO.LAttyR 5(b) provides:

 **(b) Withdrawal of Appearance.** An attorney who has filed an Entry of
 Appearance or an Entry of Appearance to Provide Limited Representation
 or has appeared otherwise in a case may seek to withdraw on motion
 showing good cause. Withdrawal shall be effective only on court order
 entered after service of the notice of withdrawal on all counsel of record,
 any unrepresented party, and the client of the withdrawing attorney. A
 motion to withdraw must state the reasons for withdrawal, unless the
 statement would violate the rules of professional conduct. Motions to
 withdraw based on the completion of the limited
 representation shall include a certification by counsel that the service

specified in
the Entry of Appearance to Provide Limited Representation is complete. Notice to the client of the attorney must include the warning that the client is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules. Where the client of the withdrawing attorney is a corporation, partnership, or other legal entity, the notice shall state that such entity may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

2. Here, undersigned counsel seeks to withdraw from counsel's appearance to represent 1st Class Medical, Inc. in this action at their request as substitution counsel has appeared in this matter.

3. Accordingly, undersigned counsel respectfully requests that this Court permit him to withdraw from the limited appearance, and on the basis that good cause is shown; counsel **certifies** that substitution counsel has appeared on behalf of 1st Class Medical, Inc..

4. Undersigned counsel requests that all Notices of Electronic Filing issued in this matter be terminated with respect to counsel.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion for leave to withdraw from providing limited representation to Plaintiff(s)/Defendant(s) pursuant to D.C.COLO.LAttyR 5.

DATED this March 19, 2026

Respectfully submitted,

**BEIGHLEY, MYRICK, UDELL + ZEICHMAN, PA**
*Counsel for Defendant, 1st CLASS MEDICAL*
2385 Executive Center Drive, Suite 300
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509

tzeichman@bmulaw.com
By:    /s/ Thomas G. Zeichman
       THOMAS G. ZEICHMAN
       Florida Bar No. 9923

## CERTIFICATE OF SERVICE

I hereby certify that on this March 19, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses registered to received same.

*s/Thomas G. Zeichman, Esq.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**Case No: 1:25-CV-03796-PAB-STV**

ETHAN RADVANSKY,
    Plaintiff,

v.

 1ST CLASS MEDICAL,

    Defendant,

_____/
_____

**[PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW FROM
REPRESENTATION PURSUANT TO D.C.COLO. LAttyR 5**
_____

PURSUANT to D.C.COLO.LAttyR 2(b)(1) of the District of Colorado Local
Rules of Practice, the Motion for Leave to Withdraw from Providing Limited Scope
Representation filed by Thomas G. Zeichman, Esq. [filed March 19, 2026; ECF
No. ___] is **granted**. Mr. Zeichman, having represented Defendant  and substitute
counsel having appeared from Defendant has shown good cause for allowing the
withdrawal of counsel's representation of the party.

All Notices of Electronic Filing issued in this matter are hereby terminated
with respect to counsel.

DATED at Denver, Colorado, this ___day of _____, 20___.

BY THE COURT:

_____
United States District / Magistrate Judge