IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 25-cv-03796-PAB-STV | Date: April 21, 2026 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                              *Counsel:*

ETHAN RADVANSKY,                         Anthony I. Paronich

   Plaintiff,

v.

1ST CLASS MEDICAL,                         Gregory C. Brown, Jr.

   Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**

**Court in session: 2:58 p.m.**

Court calls case.  Appearances of counsel.

This matter is before the Court regarding the [ECF Doc. No 26] Defendant's Motion to Stay Discovery Pending Ruling on Its Motion to Dismiss and to Substitute Counsel (the "Motion").

Arguments by counsel.

For the reasons stated on the record, it is:

**ORDERED:**       The [26] Motion is **GRANTED in part.** The class discovery is **STAYED** and the individualized discovery as to the named plaintiff is permitted to proceed.

HEARING CONCLUDED.

**Court in recess: 3:18 p.m.**
Total time in court:   00:20

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.