IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03796-PAB-STV

ETHAN RADVANSKY, on behalf of himself and others similarly situated,

Plaintiff,

v.

1st CLASS MEDICAL,

Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 49] of United States District Judge Philip A. Brimmer entered on September 23, 2026, it is

ORDERED that Defendant's Motion to Dismiss Complaint and to Strike Class Action Allegations [Docket No. 17] is GRANTED. It is further

ORDERED that plaintiff's claim for relief is DISMISSED with prejudice. It is further

ORDERED that judgment shall enter in favor of defendant and against plaintiff. It is further

ORDERED that defendant is awarded their costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

ORDERED that this case is closed.

Dated: September 23, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
Deputy Clerk